Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GAEA SINGER, | No. 09-CV-1334 JLR |
| Plaintiff, | |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| PLOVIE LAW FIRM, P.S., | |
| Defendant. | |

1. I, Kimberlee Walker Olsen, am over the age of 18 and competent to be a witness herein. I am counsel for the Defendant in this action.

2. Attached hereto as Exhibit 1 is a copy of the court docket in Case No. C08-00475, Snohomish County District Court, Everett Division.

3. Attached hereto as Exhibit 2 is a copy of the settlement agreement for

DECLARATION OF COUNSEL IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS - 1
(CASE NO. 09-CV-1334 JLR)

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

the above referenced state case. The Agreement has been redacted as to confidential terms between the parties and Ms. Singer's bank account numbers.

DATED November 19, 2009.

/s/ Kimberlee Walker Olsen
Kimberlee Walker Olsen, WSBA # 28773
Attorney for Defendant

Z:\Client Files\KWO\P\plovie decl of counsel.wpd

DECLARATION OF COUNSEL IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS - 2
(CASE NO. 09-CV-1334 JLR)

Luke, Casteel & Olsen, PSC
3400 188th Street SW, Suite 484
Lynnwood, WA 98037
425-744-0411
425-771-3490 (Facsimile)

# EXHIBIT 1

```
DD7010SX SGC                    SNO CO DIST CT EVERETT DIV                     PAGE:    1
11/19/2009  2:19 PM                      D O C K E T
                                                                    CASE: C08-00475
                                                                          Civil
PLAINTIFF/PETITIONER                              DEFENDANT/RESPONDENT
PLA 01 US BANK                                    DEF 01 SINGER, GAEA
                                                         7500 24TH AVE NW
                                                         SEATTLE           WA 98112

ATY 01 PLOVIE, JOHN P.
       PO BOX 878
       REDMOND              WA 98073-0878
       Work Phone: 4258811882

TITLE
  US BANK VS GAEA SINGER AND THE SINGER MARITAL COMMUNITY COMPOSED
  THEREOF

  Filed: 02/04/2008   Cause: Open Account              DV:     Amount:
  6,686.76

TEXT
   S 02/04/2008  8036100360 CIV FILING FEE Received                      43.00  SFH
                    Paid by: JOHN P PLOVIE
                 8036100360 DISPUTE RES CV Received                      10.00
                    Paid by: JOHN P PLOVIE
                 Case Filed on 02/04/2008
                 PLA 1 US BANK Added as Participant
                 DEF 1 SINGER, GAEA Added as Participant
                 ATY 1 PLOVIE, JOHN P. Added as Participant
                 PLA 1 US BANK Represented by:
                 ATY 1 PLOVIE, JOHN P.
   U 02/22/2008  ANSWER FILED BY DEFENDANT PRO SE                              SGC
     08/21/2008  MOTION FOR SUMMARY JUDGMENT FILED BY PLTF. MOTION NOTED
   S             MOT CIVIL Set for 09/11/2008 08:30 AM
                 in Room 2 with Judge TTB
   U 09/11/2008  EVD2 - 8:35                                                   SLC
                 JUDGE T. BUI/SLC - CIVIL MOTION HEARINGS
                 PLAINTIFF REPRESENTED BY JOHN PLOVIE
                 DEFENDANT PRESENT, WITHOUT COUNSEL
                 PLTF'S MOTION FOR SUMMARY JUDGMENT: DENIED
                 *COURT DIRECTS DFDT TO FILE ANSWER BY 9/19/08 @ 4:30 PM
                 PLTF'S MOTION TO RE-SET MOTION FOR SUMMARY JUDGEMENT: GRANTED
   S             MOT CIVIL Rescheduled to 10/09/2008 08:30 AM
                 in Room 2 with Judge TTB
   U 10/07/2008  DEFENDANT'S DECLARATION AND RESPONSE TO SUMMARY JUDGMENT
                 MOTION FILED
     10/09/2008  EVD2 - 8:34
                 JUDGE PRO TEM T. COX/SLC - MOTION HRGS
                 PLAINTIFF REPRESENTED BY JOHN PLOVIE
                 DEFENDANT PRESENT, WITHOUT COUNSEL
                 *COURT WILL ENTER PARTIAL SUMMARY JUDGMENT FOR $5811.21
                 COURT ALLOWS DFDT TO FILE COUNTER CLAIM
   S             8287100026 CNTRCROS3RD FIL Received                     43.00  SFH
                    Paid by: GAEA SINGER
                 8287100026 DISPUTE RES CV Received                      10.00
                    Paid by: GAEA SINGER
```

Docket continued on next page

```
DD7010SX SGC              SNO CO DIST CT EVERETT DIV                    PAGE:    2
11/19/2009  2:19 PM               D O C K E T
                                                            CASE: C08-00475
                                                                   Civil
PLAINTIFF/PETITIONER                      DEFENDANT/RESPONDENT
PLA 01 US BANK                            DEF 01 SINGER, GAEA

TEXT - Continued
  U  10/09/2008  ORDER FOR PARTIAL SUMMARY JUDGMENT ENTERED BY THE COURT      SLC
  S              MOT CIVIL: Held
  U              DEFENDANTS COUNTERCLAIMS FILED                                SGC
     11/07/2008  PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM FILED
     05/15/2009  STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL    LMH
                 CLAIMS AND COUNTERCLAIMS FILED.
     06/15/2009  ORDER FOR DISMISSAL WITH PREJUDICE IS SIGNED BY JUDGE BUI.
  S              Judgment   1 Dismissed w prejudic entered by Judge TTB
                 Judgment   1 Disposition of DW Entered
     06/17/2009  Case Disposition of CL Entered

ADDITIONAL CASE DATA
  Case Disposition
    Disposition: Closed                              Date: 06/17/2009

  Judgments
    01 Dismissed w prejudic 06/15/2009  Dismissed W/ Prejudi 06/15/2009 by TTB

  Hearing Summary
    Held      CIVIL MOTION HEARING ON 10/09/2008 AT 08:30 AM IN ROOM 2   WITH TTB

End of docket report for this case
```

TOTAL P.02

# EXHIBIT 2

# RELEASE AND SETTLEMENT AGREEMENT

WHEREAS, Gaea Singer ("Singer") has counterclaimed against U.S. Bank, N.A. ("U.S. Bank"), in the Everett Division of Snohomish District Court for Snohomish County, State of Washington, Case Number C-080475 (the "Lawsuit");

[redacted]

NOW, THEREFORE, in consideration of the foregoing, and in consideration of the covenants contained herein, Singer and U.S. Bank agree as follows:

1. [redacted]

2. [redacted]

3. [redacted]

4. [redacted]

1

5. The payments shall be due at the Plovie Law Firm PS on the __10__ day of each month and the first payment shall be due on __MAY 10__, 2009.

6. After Singer has made two timely payments on the account, U.S. Bank will contact the credit reporting agencies to whom it reported the Account and request that the credit reporting agencies report the account as "currant, never late" and when the entire debt has been paid in full, it will be reported as "paid in full".

7. The Everett Division of Snohomish District Court for Snohomish County, State of Washington, shall have jurisdiction to enforce this agreement should either party default in the execution of the duties and obligations set forth in this agreement.

8. ███████████████████████████████████████████████████████████
███████████████████████████████████████

7. Gaea Singer hereby releases and forever discharges U.S. Bank, and its parent corporations, affiliated corporations, subsidiary corporations, predecessor corporations and successor corporations and the officers, directors, agents, assigns, servants, employees and attorneys of these entities, from any and all claims, actions, causes of actions and suits of every kind and nature, under any legal theory that she ever had, whether known or unknown, arising or accruing in whole or in part prior to the date Singer executes this Agreement, and in any way related to, arising from, out of or based upon the Account (or any other accounts Singer may have with U.S. Bank) or the matters or substances of the matters alleged by Singer in the Lawsuit.

8. The provisions of any state, federal, local or territorial law or statute providing expressly or in substance that releases shall not extend to claims, injuries or damages which are unknown or unsuspected to exist at the time are expressly waived by Singer.

2

9. Singer represents and warrants that she has not transferred, assigned or otherwise sold any portion of the claims or causes of action that she is alleging against U.S. Bank in this Lawsuit, and that she is the sole holder of such claims and causes of actions.

10. Singer represents and warrants that there have been no representations or promises made by U.S. Bank to her on which she relied in connection with this Agreement other than what is set forth herein in writing. Singer further represents and warrants that she is not being induced to enter into this Agreement by anything other than the written words contained in this Agreement.

11. Singer represents and warrants that she has had an adequate opportunity to review all aspects of this Agreement with an attorney of her choosing, that she understands all the provisions of the Agreement, and that she is voluntarily accepting its terms.

12. Should any clause, sentence, paragraph or other part of this Agreement be finally adjudged by any court of competent jurisdiction to be unconstitutional, invalid or in any way unenforceable, such adjudication shall not affect, impair, invalidate or nullify the Agreement, but shall affect only the clause, sentence, paragraph or other parts so adjudged.

13. This Agreement shall be governed by, and construed in accordance with the substantive law of the state of Washington.

14. This Agreement constitutes the entire agreement and understanding between the parties hereto and shall not be modified or altered except by written instrument duly executed by the parties hereto.

15. Singer agrees to keep confidential and shall not reveal, and or communicate in any way to any person, the terms of this Agreement. However, Singer shall have the right to disclose said terms to her accountant or tax advisor and to state and federal tax authorities. Singer

3

warrants and represents to U.S. Bank that she has not revealed to anyone the terms of this proposed settlement at any time before this Agreement was executed by all parties. Singer agrees that, if asked, she will only reveal that the Lawsuit has been settled, and she will not reveal any other terms of the settlement, without the prior written consent of U.S. Bank. If Singer is ordered by any Court to reveal information concerning this settlement which is precluded from disclosure under this Agreement, Singer shall give notice of such disclosure to U.S. Bank and their attorneys in this action at least 48 hours prior to any such disclosure unless otherwise ordered by the Court.

16. This Agreement may be signed in counterparts.

Dated: *April 28*, 2009

*/s/ Gaea Singer*
Gaea Singer

Dated: *1-16-*, 2009

U.S. Bank N.A., Inc.

By: *Cynthia Dirk*

Its: **Recovery Manager**

4