UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAEA SINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>PLOVIE LAW FIRM, PS,<br><br>    Defendant. | CASE NO. C09-1334JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In accordance with the court's telephone conference on February 22, 2010, the court STRIKES Defendant Plovie Law Firm, PS's ("Plovie") motion for summary judgment (Dkt. # 15) and DENIES Plaintiff Gaea Singer's motion to stay and/or abate ruling on Defendant's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(f) (Dkt. # 18). The court orders the parties to conduct discovery focusing on the facts essential to oppose the motion for summary judgment before April 16, 2010.

MINUTE ORDER - 1

*See* Fed. R. Civ. P. 56(f).  Plovie may file a renewed motion for summary judgment at any time prior to the dispositive motions deadline of June 2, 2010.  (*See* Dkt. # 9.)  The parties are directed to review the relevant Federal Rules of Civil Procedure and the Local Rules of the Western District of Washington prior to filing documents with the court.

Filed and entered this 22nd day of February, 2010.

                              BRUCE RIFKIN
                                   Clerk

                              s/Mary Duett
                              Deputy Clerk